UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

STEPHANIE KNAPP,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Hon. Hala Y. Jarbou

Case No. 1:21-cv-280

## REPORT AND RECOMMENDATION

    This matter is before the Court on Plaintiff Counsel's Motion for Attorney Fees. (ECF No. 33). The Court recently remanded this matter for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff's counsel now seeks $6,209.54 in fees. Defendant has not opposed the motion. Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that counsel's motion be granted in part and denied in part.

    Pursuant to the Equal Access to Justice Act (EAJA), the prevailing party in an action seeking judicial review of a decision of the Commissioner of Social Security may apply for an award of fees and costs. See 28 U.S.C. § 2412(d)(1)(A). While a prevailing party is not entitled, as a matter of course, to attorney fees under the EAJA, *see United States v. 0.376 Acres of Land*, 838 F.2d 819, 825 (6th Cir. 1988), fees and costs are to be awarded unless the Court finds that the Commissioner's position was "substantially justified" or that "special circumstances make an award

unjust." 28 U.S.C. § 2412(d)(1)(A).

The Court finds the number of hours expended in this matter, as well as the hourly rate requested, to be reasonable. The shortcoming in counsel's motion is that the amount counsel requests is not calculated correctly. Counsel requests $6,209.54. But the number of hours counsel expended (30.18) multiplied by the requested hourly rate ($204.75) equals $6,179.36.

Accordingly, the undersigned recommends that EAJA fees be awarded in the amount of six thousand, one hundred seventy-nine dollars and thirty-six cents ($6,179.36). However, in light of the Supreme Court's decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), this order awarding EAJA fees must be entered in Plaintiff's favor. *Id.* at 591-93; see also, 28 U.S.C. § 2412(d)(1)(A) (the EAJA awards fees "to a prevailing party"); *Kerr v. Commissioner of Social Security*, 874 F.3d 926, 934-35 (6th Cir. 2017) (*Astrue* requires EAJA fees to be paid to the claimant).

## CONCLUSION

For the reasons articulated herein, the undersigned recommends that Plaintiff Counsel's Motion for Attorney Fees (ECF No. 33) be granted in part and denied in part. Specifically, the undersigned recommends that Plaintiff be awarded six thousand, one hundred seventy-nine dollars and thirty-six cents ($6,179.36) pursuant to the EAJA and that such be paid directly to Plaintiff.

OBJECTIONS to this report and recommendation must be filed with the Clerk of Court within fourteen days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within such time waives the right to appeal

the District Court's order.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

                                                    Respectfully submitted,

Date: April 9, 2024                        /s/ Phillip J. Green
                                                     PHILLIP J. GREEN
                                                     United States Magistrate Judge