UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE KAY KNAPP,

     Plaintiff,

                                    Case No. 1:21-cv-280

v.

                                      Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## ORDER

On April 9, 2024, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiff Counsel's motion for attorney fees be granted in part and denied in part (R&R, ECF No. 36).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on April 23, 2024.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 36) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel's Motion for Attorney Fees (ECF No. 33) is **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff is awarded six thousand, one hundred seventy-nine dollars and thirty-six cents ($6,179.36) pursuant to the EAJA which shall be paid directly to Plaintiff.

Dated: April 25, 2024 _____

                                /s/ Hala Y. Jarbou _____
                                HALA Y. JARBOU
                                CHIEF UNITED STATES DISTRICT JUDGE