UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEPHANIE KAY KNAPP,

     Plaintiff,

                                Case No. 1:21-cv-280

v.

                                Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## **ORDER**

On June 24, 2026, Magistrate Judge Phillip J. Green issued a report and recommendation that the plaintiff's motion for attorneys' fees be granted.  (R&R, ECF No. 40.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on July 8, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

     **IT IS ORDERED** that the R&R (ECF No. 40) is **APPROVED** and **ADOPTED** as the opinion of the Court.

     **IT IS FURTHER ORDERED** that the plaintiff's motion for attorneys' fees (ECF No. 38) is **GRANTED**.


Dated: August 7, 2026                       /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE